**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JAMES FORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-17-351-KEW |
| ) | |
| UNION PACIFIC RAILROAD, ) | |
| ) | |
| Defendant. ) | |

**ADMINISTRATIVE CLOSING ORDER**

This Court acknowledges the telephonic announcement by Plaintiff's counsel that the parties have reached a settlement of this matter. Based upon the representations of counsel, this Court finds this case should be administratively closed, pending the memorialization of the settlement and dismissal of the case.

IT IS THEREFORE ORDERED that the Clerk administratively close this action in his records without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, for any other purpose required to obtain a final determination of the proceedings, or for any purpose designated in the settlement agreement between the parties. But, in any event, Plaintiffs shall submit a judgment, stipulation of dismissal, or other closing document no later than **APRIL 11, 2019**, or the case will be deemed dismissed with prejudice in its entirety.

IT IS SO ORDERED this 11th day of March, 2019.

KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE