**IN THE UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1. JAMES FORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-2017-351-KEW |
| | ) | |
| 1. UNION PACIFIC RAILROAD, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

   **COME NOW** the parties, and hereby stipulate and agree that pursuant to Rule

41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing

of a future action thereon.  Each party to bear their own fees and costs.

   **RESPECTFULLY SUBMITTED THIS 2nd DAY OF MAY 2019.**

                              HAMMONS, GOWENS, HURST
                              & ASSOCIATES

                              s/ Amber L. Hurst
                              Mark Hammons, OBA #3784
                              Amber L. Hurst, OBA # 21231
                              325 Dean A. McGee Avenue
                               Oklahoma City, Oklahoma 73102
                              Telephone: (405) 235-6100
                              Facsimile: (405) 235-6111
                              amber@hammonslaw.com
                              *Counsel for Plaintiff*

s/ Mark J. Goldsmith
*(signed with permission of counsel)*
Heidi A. Guttau-Fox, ISBA No. 15513,
NSBA 21570
Mark J. Goldsmith, NSBA 26429, CABA
244339
BAIRD HOLM, L.L.P.
1700 Farnam Street, Suite 1500
Omaha, NE 68102-2068
Telephone: (402) 344-0500
Facsimile: (402) 344-0588
Email: hguttau-fox@bairdholm.com
Email: mgoldsmith@bairdholm.com

-and-

Matthew J.G. McDevitt, OBA No. 20771
Pierce, Couch, Hendrickson, Baysinger
& Green, LLP
P.O. Box 26350
Oklahoma City, OK 26350
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
E-mail: mmcdevitt@piercecouch.com
*Attorneys for Defendant*

2